# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK SMITH,**<br>**Plaintiff**<br><br>**v.**<br><br>**FRANK BISIGNANO,**<br>**Commissioner of**<br>**Social Security,**<br>**Defendant** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **No. 3:25-CV-1600**<br><br>**(Caraballo, M.J.)** |

## ORDER

For the reasons set forth in the accompanying Memorandum, it is

**ORDERED** that:

1. The Commissioner's decision denying the claims for social security disability benefits filed by Plaintiff Patrick Smith is **AFFIRMED**;
2. Smith's appeal (Doc. 1) is **DENIED**; and
3. The Clerk's Office is **DIRECTED** to **ENTER** judgment in favor of the Commissioner and against Smith, and **CLOSE** this case.

Date: November 23, 2026

*<u>/s/ Phillip J. Caraballo</u>*
Phillip J. Caraballo
United States Magistrate Judge